**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 25-cr-135** |
| | : | |
| **v.** | : | |
| | : | |
| **YUSUF AKOLL** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INFORMATION**

The United States of America, by and through the undersigned attorney, respectfully moves this Court to dismiss the above-captioned case without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). The defendant does not oppose this motion.

LORINDA I. LARYEA
Acting Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By: ___/s/ *Sara Hallmark*_____
Sara A. Hallmark (MD Bar No. 1112130399)
Trial Attorneys
1400 New York Avenue NW
Washington, DC 20530
(202) 514-2686 (Hallmark)
sara.hallmark2@usdoj.gov

-1-